1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  ALEXIS JAMES (NYBN 5603865)
   ANDREW M. SCOBLE (CABN 124940)
5  JONAH P. ROSS (CABN 305076)
   WENDY M. GARBERS (CABN 213208)
6  Assistant United States Attorneys

7       1301 Clay Street, Suite 340S
        Oakland, California 94612
8       Telephone: (415) 436-6475
        FAX: (510) 637-3724
9       Email:  wendy.garbers@usdoj.gov

10 Attorneys for United States of America

11                     UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                            OAKLAND DIVISION

14
   UNITED STATES OF AMERICA,              )   CASE NO.  25-cr-0332 HSG
15                                         )
        Plaintiff,                         )
16                                         )
             v.                            )
17                                         )
   CESAR ROLANDO LUCAS-PABLO,             )
18                                         )
        Defendant.                         )
19                                         )

20 TO:    The Honorable Kandis A. Westmore, United States Magistrate Judge for the Northern District of
21        California
22

23        Assistant United States Attorney WENDY M. GARBERS respectfully requests that the Court
24 issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner CESAR ROLANDO
25 LUCAS-PABLO, whose place of custody or jailor are set forth in the requested Writ, attached hereto.
26        The prisoner, CESAR ROLANDO LUCAS-PABLO, is required to appear as a defendant in the
27 above-entitled matter in this Court on the date identified in the writ and for all future hearings, and
28

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. 25-cr-0332 HSG

therefore petitioner prays that the Court issue the Writ as presented.

Dated:  November 18, 2025

Respectfully Submitted,

CRAIG H. MISSAKIAN
United States Attorney

/s/
_____
WENDY M. GARBERS
ALEXIS JAMES
ANDREW M. SCOBLE
JONAH P. ROSS
Assistant United States Attorneys

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

ALEXIS JAMES (NYBN 5603865)
ANDREW M. SCOBLE (CABN 124940)
JONAH P. ROSS (CABN 305076)
WENDY M. GARBERS (CABN 213208)
Assistant United States Attorneys

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (415) 436-6475
    FAX: (510) 637-3724
    Email:  wendy.garbers@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CESAR ROLANDO LUCAS-PABLO,<br><br>    Defendant. | CASE NO. 25-cr-0332 HSG<br><br>**[PROPOSED] ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |

Upon motion of the United States of America, and good cause appearing therefore, IT IS HEREBY ORDERED that the request of the United States for issuance of the Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant CESAR ROLANDO LUCAS-PABLO, before this Court on the date stated in the Writ submitted, or as soon thereafter as practicable, and requiring that the defendant be present for all future hearings, is granted and the Writ shall be issued as presented.

DATED: _____        _____
                                                                            Hon. Kandis A. Westmore
                                                                           United States Magistrate Judge

# WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: JAY BIEBER, Acting United States Marshal for the Northern District of California and the Sierra Conservation Center, 5100 O'Byrnes Ferry Road, Jamestown, CA 95327 and /or any of his authorized deputies:

Pursuant to the foregoing petition and order, you are directed to produce the body of CESAR ROLANDO LUCAS-PABLO, who is in the custody of the Sierra Conservation Center, before the Honorable Thomas S. Hixson, United States Magistrate Judge for the Northern District of California, located at the San Franscisco Federal Courthouse, located at 450 Golden Gate, 15th Floor, San Franscico, California 94102, on December 4, 2025, at 11:00 a.m., or as soon thereafter as practicable, on the charges filed against defendant in the above-entitled Court and further to produce said defendant at all future hearings as necessary until the termination of the proceedings in this Court.

Should the current custodian release CESAR ROLANDO LUCAS-PABLO from its custody, you are directed that the defendant immediately be delivered and remanded to the U.S. Marshals for the Northern District of California and/or his authorized deputies under this Writ.

DATED: _____

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _____
DEPUTY CLERK

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. 25-cr-0332 HSG